AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern  District of  California

David Johnson

Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

Castro Village, Inc.

CASE NUMBER: 3:13-cv-05159-JSC

Defendant (s),

Notice is hereby given that, subject to approval by the court, __Castro Village, Inc.__ substitutes
(Party (s) Name)

__Monica S. Hans__, State Bar No. __227379__ as counsel of record in place
(Name of New Attorney)

place of  __Monica S. Hans__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Delfino Madden O'Malley Coyle & Koewler, LLP
Address:      500 Capitol Mall, Suite 1550
Telephone:    916-661-5700              Facsimile  916-661-5701
E-Mail (Optional):  mhans@delfinomadden.com

I consent to the above substitution.

Date:  April 18, 2014

(Signature of Party (s))

I consent to being substituted.

Date:  April 17, 2014

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  April 17, 2014

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  5/8/14

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]